```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


DAVID PEARSON,                      )
    Plaintiff(s),                   )
                                    )
       v                            )   C.A. No. 04-10548-MLW
                                    )
NATIONAL RAILWAY PASSENGER CORP.    )
    Defendant(s),                   )
```

MEMORANDUM AND ORDER


WOLF, D.J.                                          June 16, 2004


    This action is one of about 225 civil cases assigned to me. I am also responsible for about 40 criminal cases, involving more than 50 defendants, many of whom have been incarcerated pending trial. Accordingly, I am interested in making arrangements for the fair and efficient progress and resolution of some of my civil cases.

    Upon review of my civil docket, I believe that the above captioned case, and the administration of justice would benefit from being reassigned for all purposes to Magistrate Judge Dein, pursuant to 28 U.S.C. § 636(c)(1) and (3). If such reassignment occurs, Magistrate Judge Dein will decide all pretrial issues, schedule a firm trial date, conduct any trial that is necessary, with or without a jury, and any appeal would be taken directly

to the Court of Appeals for the First Circuit.

    Therefore, the parties are being ordered to inform the court by July 7, 2004 whether they consent to a transfer of this case to Magistrate Judge Dein for all purposes. The parties are free to inform the court that they do not consent to the transfer of this case to the Magistrate Judge and will not suffer any adverse substantive consequences. However, any failure to respond by the foregoing date will be deemed a consent to the proposed reassignment.

    If the parties do not consent then the Magistrate Judge shall conduct all pre-trial proceedings including scheduling conferences, prepare any necessary report and recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and return the case to the District Judge.

    /s/ MARK L. WOLF, D.J.
    UNITED STATES DISTRICT COURT