AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF**
Massachusetts

2004 JUN -9 P 12: 24

David Pearson

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

National Railroad Passenger Corporation
& Massachusetts Bay Transportation Authority

04   10548 MLW

TO: (Name and address of defendant)

Massachusetts Bay Transportation Authority
a/k/a Amtrak
10 Park Plaza
Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Samuel Rosenthal, Esq.
Barish Law Offices
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____ 20 days _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

MAR 18 2004

CLERK

DATE

(BY) DEPUTY CLERK