# United States District Court

_____ DISTRICT OF _____

Massachusetts

David Pearson

V.

National Railroad Passenger Corporation
& Massachusetts Bay Transportation Authority

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10548 MLW

FILED
IN CLERKS OFFICE
2004 JUN -9 P 12: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of defendant)

National Railroad Passenger Corporation
253 Summer Street
Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Samuel Rosenthal, Esq.
Barish Law Offices
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within ___20 days___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
**CLERK**

MAR 18 2004
**DATE**

(BY) DEPUTY CLERK