UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID PEARSON, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION |
| v. | ) | NO. 04-10548-JGD |
| | ) | |
| NATIONAL RAILROAD | ) | |
| PASSENGER CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

After a scheduling conference held today pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, the Court adopts the deadlines set forth in the parties' proposed "Scheduling Order" and ORDERS as follows:

1. As agreed, the following schedule shall be entered:

   a. The parties shall complete their automatic disclosure by **September 30, 2004**.

   b. The parties shall file any motions to amend or supplement the pleadings by **November 30, 2004**.

   c. The defendant shall complete any deposition of the plaintiff by **December 31, 2004.**

   d. The parties shall complete any additional non-expert depositions by **July 1, 2005**.

   e. The plaintiff shall disclose any experts, pursuant to Fed. R. Civ. P. 26(a)(2), by **March 31, 2005**.

      f.      The defendants shall disclose any experts, pursuant to Fed. R. Civ. P. 26(a)(2), by **April 30, 2005**.

      g.      The parties shall complete all expert depositions by **July 30, 2005**.

      h.      The parties shall complete all discovery by **August 31, 2005**.

      i.      The parties shall file all dispositive motions by **September 30, 2005**.

2.      The court shall grant no extensions to the dates designated above without good cause shown.

3.      The parties shall complete, at a minimum, plaintiff's deposition by **December 31, 2004**, and the other eye witnesses' depositions by then if possible.

4.      By a separate Order, also issued today, this matter is being referred to the Court's Alternative Dispute Resolution program for mediation in January 2005.

                                                / Judith Gail Dein
                                                Judith Gail Dein
DATED: August 30, 2004                  United States Magistrate Judge