UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PEARSON,<br>        Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORP d/b/a and a/k/a AMTRAK<br><br>       and<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>a/k/a MBTA<br>        Defendant | Case Number: 04-10548-JGD |

## NOTICE OF APPEARANCE

I, Ronald M. Davids of the law firm of Davids & Schlesinger, P.C. hereby enter my appearance as counsel for the plaintiff, David Pearson, in the above-captioned matter.

DAVID PEARSON,

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

_Ronald M. Davids_
Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA  02481
(781) 416-5055
BBO No.: 115110

## CERTIFICATE OF SERVICE

I, Thomas J. Schlesinger, hereby certify that a true copy of the within document was served upon the attorney of record for each party by mail on August 26, 2004.

_Thomas J. Schlesinger_
Thomas J. Schlesinger