UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID PEARSON | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | NO. 04-10548 MLW |
| CORPORATION, and MASSACHUSETTS | : | |
| BAY TRANSPORTATION AUTHORITY | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

This is to certify that the Plaintiff, David Pearson and his counsel, Barish Law Offices, P.C., have conferred as to the costs of litigation of the above-captioned matter.

David Pearson and Barish Law Offices, P.C., have further discussed the resolution of litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

Respectfully submitted,

BY: _____
Ronald Davids, Esquire
Attorney for Plaintiff

BY: _____
David Pearson, Plaintiff