UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PEARSON,<br>    Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORP d/b/a and a/k/a AMTRAK<br><br>    and<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>a/k/a MBTA<br>    Defendant | Case Number: 04-10548-JGD |

## ASSENTED TO MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The Plaintiff, David Pearson ("Plaintiff") moves hereby for an Order admitting Rudolph V. De George, II to the bar of this honorable Court for the sole purpose of serving as counsel in the preparation and trial of this matter.

In support of its motion, the Plaintiff states that Mr. De George is an attorney in the law firm of Barish Law Offices, P.C., Three Parkway, Suite 1320, 1601 Cherry Street, Philadelphia, Pennsylvania and is a member in good standing in the state and federal bars of Pennsylvania. (See Affidavit of Mr. De George attached as Exhibit A). At all times Mr. De George will be associated with and accompanied by Ronald M. Davids, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

The Plaintiff states that he has chosen Mr. De George to represent him in this case, along with Ronald M. Davids, because of his expertise in this field and because of his attorney-client relationship with Barish Law Offices, P.C.

**Counsel for the defendants has assented to this motion.**

WHEREFORE, the Plaintiff requests that Rudolph V. De George, II be admitted *Pro Hac Vice* to the bar of this Court for the pretrial and trial of this matter.

> Respectfully submitted,
>
> DAVID PEARSON,
>
> By His Attorneys,
>
> DAVIDS & SCHLESINGER, P.C.
>
> _____
> Ronald M. Davids
> 40 Washington Street – Suite 250
> Wellesley, MA 02481
> (781) 416-5055
> BBO No.: 115110

## CERTIFICATE OF SERVICE

I, Ronald M. Davids, hereby certify that a true copy of the within document was served upon the attorney of record for each party by mail on November 11th, 2004.

_____
Ronald M. Davids



EXHIBIT A

UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PEARSON,<br>    Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORP d/b/a and a/k/a AMTRAK<br><br>    and<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>a/k/a MBTA<br>    Defendant | Case Number: 04-10548-JGD |

## AFFIDAVIT OF RUDOLPH V. De GEORGE

Rudolph V. De George, II, being first duly sworn upon his oath, deposes and states as follows:

1.  I am an associate at Barish Law Offices, P.C., Three Parkway, Suite 1320, 1601 Cherry Street, Philadelphia, Pennsylvania.

2.  I have been admitted to practice law in the following jurisdictions and courts:
    a.  Supreme Court of Pennsylvania
    b.  Supreme Court of New Jersey
    c.  U.S. District Court, Eastern District of Pennsylvania
    d.  U.S. District Court for the District of New Jersey

3.  I graduated from Dickinson School of Law in 1987. Since that time, I have done litigation work and participated in jury and non-jury trials.

4. I have never been held in contempt of court, censured, suspended or disbarred by any court.

5. I am familiar with the provisions of the Federal Rules of Civil Procedure, the Local Rules for the District of Massachusetts, the Federal Rules of Evidence, and all applicable ethical rules of conduct and professional responsibility. I intend to faithfully adhere to these rules and responsibilities.

_____
Rudolph V. De George