```
                                                FILED
                                            IN CLERKS OFFICE
        IN THE UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS 2005 FEB -9  P 3: 10
```

PEARSON

v.

                          U.S. DISTRICT COURT
                     CIVIL ACTION  DISTRICT OF MASS
                     No. 04-10548 MLW

National Railway Passenger Corp.


### NOTICE OF WITHDRAWAL

    Please enter my Withdrawal of Appearance as attorney for the plaintiff, as the attorney of record is Ronald M. Davids and kindly remove my name from the mailing list.

    Thank you for your cooperation.


Date: 2.8.05

                                Mario Bozza, Esq.
                                63 Commercial Wharf
                                Boston, MA. 02110
                                  BBO: 052860
                                  Tel. 617-367-3100


cc. to Ronald M Davids, Esq

C:\MB\DISCOVERY\WITHDRAW APPRNC USDCt.doc