UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

DAVID PEARSON                          :
                                       :
                    Plaintiff          :  Case Number: 04-10548-JGD
                                       :
        v.                             :          '05 APR -1 P 1:50
                                       :
NATIONAL RAILROAD PASSENGER :                DISTRICT OF MASS.
CORP d/b/a and a/k/a AMTRAK            :
                                       :
        and                            :
                                       :
MASSACHUSETTS BAY                      :
TRANSPORTATION AUTHORITY               :
a/k/a MBTA                             :
                    Defendants         :

## JOINT MOTION TO EXTEND CERTAIN DEADLINES OF THE AUGUST 30, 2004 SCHEDULING ORDER

NOW COME THE PARTIES in the above-entitled matter and respectfully request This Honorable Court extend certain deadlines of the Scheduling Order dated August 30, 2004 for the following reasons:

1. On August 30, 2004, the Court issued a Scheduling Order requiring, inter alia, that the Defendant complete any deposition of the Plaintiff by December 31, 2004, and that the Plaintiff disclose any experts pursuant to F.R.C.P. 26(a)(2) by March 31, 2005.

2. As of this date, the deposition of the Plaintiff has not been taken.

3. Plaintiff served Interrogatories and Request for Production of Documents upon Defendant on September 3, 2004. As of this date, Plaintiff has yet to receive Defendant's responses to said discovery requests.

4. Without receipt of the requested discovery from Defendant, Plaintiff is unable to comply with all the requirements of F.R.C.P. 26(a)(2) by March 31, 2005. Specifically, Plaintiff is unable to produce a liability expert report without review of documents in possession of the Defendant related to this accident and the subject matter of this accident.

5. Given the above circumstances, the parties respectfully request a 60 days extension to complete the deposition of the Plaintiff, and for the Plaintiff to disclose any experts pursuant to F.R.C.P. 26(a)(2)

WHEREFORE, the parties hereby request that the Scheduling Order of August 30, 2004 be amended as follows:

(c) The Defendant shall complete any deposition of the Plaintiff by May 31, 2005.

(e) The Plaintiff shall disclose any experts, pursuant to F.R.C.P. 26(a)(2), by May 31, 2005.

(f) The Defendants shall disclose any experts pursuant to F.R.C.P. 26(a)(2), by June 30, 2005.

This Joint Motion will not affect any of the other deadlines contained in the Court's Scheduling Order dated August 30, 2004.

_____
Rudolph V. De George, II, Esquire
Attorney for Plaintiff
David Pearson
Barish Law Offices, P.C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

_____
Paul J. Sahovey, Esquire
Attorney for Defendant
Massachusetts Bay Transportation Authority
Law Department
Ten Park Plaza
Boston, MA 02116
(617) 222-3189
BBO #437900

Dated: *April 1*, 2005