## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAVID PEARSON                                     :
                                                  :
                              Plaintiff           :    Case Number: 04-10548-JGD
                                                  :
              v.                                  :
                                                  :
NATIONAL RAILROAD PASSENGER :
CORP d/b/a and a/k/a AMTRAK                        :
                                                  :
         and                                      :
                                                  :
MASSACHUSETTS BAY                                 :
TRANSPORTATION AUTHORITY                          :
a/k/a MBTA                                         :
                              Defendants          :

### PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S ANSWERS TO INTERROGATORIES AND REQUEST FOR THE PRODUCTION OF DOCUMENTS AND MOTION TO EXTEND CERTAIN DEADLINES OF THE APRIL 4, 2005 SCHEDULING ORDER

NOW COMES THE PLAINTIFF in the above-entitled matter and respectfully requests This Honorable Court for an Order to Compel Defendant's Responses to Plaintiff's Interrogatories and Request for the Production of Documents and Extend Certain Discovery Deadlines for the following reasons:

1.      On August 30, 2004, the Court issued a Scheduling Order requiring, inter alia, that the Defendant complete any deposition of the Plaintiff by December 31, 2004, and that the Plaintiff disclose any experts pursuant to F.R.C.P. 26(a)(2) by March 31, 2005. A copy of the Scheduling Order is attached hereto as Exhibit 'A'.

2.      Plaintiff served Interrogatories and Request for Production of Documents upon Defendant on September 3, 2004. A copy of the cover letter forwarded to Defendant's counsel is attached as Exhibit 'B'.

3.      Plaintiff never received Defendant's responses to his discovery requests.

4.      Given these circumstances, the parties filed a Joint Motion to Extend Certain Deadlines of the August 30, 2004 Scheduling Order. A copy of the Joint Motion is attached as Exhibit 'C'. On April 4, 2005, the Court approved the Joint Motion Extending Certain Deadlines for 60 days. A copy of the Court's Order is attached as Exhibit 'D'.

4.      Plaintiff served on Defendant a Notice of Inspection and Supplemental Request for Production of Documents on or about April 1, 2005 (attached as Exhibit 'E').

5.      Pursuant to the April 4, 2005, Scheduling Order, Plaintiff shall disclose any experts pursuant to Fed.R. Civ.P. 26(a) (2) by May 30, 2005.

6.      As of this date, Defendant has failed to respond to Plaintiff's discovery requests of September 3, 2004 and April 1, 2005.

7.      Given Defendant's failure to provided Plaintiff with Answers to Plaintiff's Interrogatories and Request for the Production of Documents, plaintiff cannot produce a liability expert report in compliance with F.R.C.P. 26 by May 30, 2005 deadline.

8.    Given the above circumstances, Plaintiff hereby requests this Honorable Court to compel Defendant to provided Answers to Plaintiff's Interrogatories and Request for the Production of Documents, and to extent the deadline for plaintiff to disclose experts an additional sixty (60) days.

WHEREFORE, Plaintiff respectfully requests that the Motion to Compel Defendant's Answers to Plaintiff's Interrogatories and Request for the Production of Documents and Motion to Extend Certain Discovery Deadlines be granted.

Rudolph V. De George, II, Esquire
Attorney for Plaintiff
David Pearson
Barish Law Offices, P.C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

Dated: 5·30·05

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PEARSON | : |
| | : |
| Plaintiff | : Case Number: 04-10548-JGD |
| | : |
| v. | : |
| | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORP d/b/a and a/k/a AMTRAK | : |
| | : |
| and | : |
| | : |
| MASSACHUSETTS BAY | : |
| TRANSPORTATION AUTHORITY | : |
| a/k/a MBTA | : |
| Defendants | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiffs Motion to Compel Defendant's Answers to Interrogatories and Request for the Production of Documents and Motion to Extend Certain Deadlines of the April 4, 2005 Scheduling Order directed to the Defendant served by United States First Class Mail, Postage Prepaid, upon:

Paul J. Sahovey, Esquire
NATIONAL RAILROAD PASSENGER CORPORATION &
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
Ten Park
Boston, MA 02116

on this ___31___ day of ___May_____, 2005

DAVIDS & SCHLESINGER, P.C.

BY: _____
Ronald M. Davids, Esquire

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID PEARSON,                    )
                                  )
            Plaintiff             )        CIVIL ACTION
    v.                            )        NO. 04-10548-JGD
                                  )
NATIONAL RAILROAD                 )
PASSENGER CORP., et al.,          )
                                  )
            Defendants.           )


## SCHEDULING ORDER

After a scheduling conference held today pursuant to Fed. R. Civ. P. 16(b) and

Local Rule 16.1, the Court adopts the deadlines set forth in the parties' proposed

"Scheduling Order" and ORDERS as follows:

*+ 60 days*

1.    As agreed, the following schedule shall be entered:

    a.    The parties shall complete their automatic disclosure by
          **September 30, 2004.**

    b.    The parties shall file any motions to amend or supplement the
          pleadings by **November 30, 2004.**

    c.    The defendant shall complete any deposition of the plaintiff
          by **December 31, 2004.**

    d.    The parties shall complete any additional non-expert
          depositions by **July 1, 2005.**

    e.    The plaintiff shall disclose any experts, pursuant to Fed. R.
          Civ. P. 26(a)(2), by **March 31, 2005.**

 f.    The defendants shall disclose any experts, pursuant to Fed. R. Civ. P. 26(a)(2), by **April 30, 2005.**

 g.    The parties shall complete all expert depositions by **July 30, 2005.**

 h.    The parties shall complete all discovery by **August 31, 2005.**

 i.    The parties shall file all dispositive motions by **September 30, 2005.**

2.    The court shall grant no extensions to the dates designated above without good cause shown.

3.    The parties shall complete, at a minimum, plaintiff's deposition by **December 31, 2004,** and the other eye witnesses' depositions by then if possible.

4.    By a separate Order, also issued today, this matter is being referred to the Court's Alternative Dispute Resolution program for mediation in January 2005.

Judith Gail Dein
United States Magistrate Judge

DATED: August 30, 2004

-2-

# EXHIBIT B

September 3, 2004

Paul J. Sahovey, Esquire
NATIONAL RAILROAD PASSENGER CORPORATION &
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
Ten Park
Boston, MA 02116

      **Re:**    **David Pearson v. Amtrak/MBTA**

Dear Mr. Sahovey:

    Enclosed please find Plaintiff's Interrogatories and Request for the Production of Documents directed to the defendant's in the above-referenced matter.


Very truly yours,


Rudolph V. DeGeorge, II, Esquire
nc
Enclosures

# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAVID PEARSON                  :

                                :

                Plaintiff   :   Case Number: 04-10548-JGD

       v.                       :

                                  :

NATIONAL RAILROAD PASSENGER :
CORP d/b/a and a/k/a AMTRAK       :

                                  :

       and                    :

MASSACHUSETTS BAY            :
TRANSPORTATION AUTHORITY     :
a/k/a MBTA                     :

                Defendants   :

## JOINT MOTION TO EXTEND CERTAIN DEADLINES OF THE AUGUST 30, 2004 SCHEDULING ORDER

NOW COME THE PARTIES in the above-entitled matter and respectfully request This Honorable Court extend certain deadlines of the Scheduling Order dated August 30, 2004 for the following reasons:

1.       On August 30, 2004, the Court issued a Scheduling Order requiring, inter alia, that the Defendant complete any deposition of the Plaintiff by December 31, 2004, and that the Plaintiff disclose any experts pursuant to F.R.C.P. 26(a)(2) by March 31, 2005.

2.       As of this date, the deposition of the Plaintiff has not been taken.

3.       Plaintiff served Interrogatories and Request for Production of Documents upon Defendant on September 3, 2004. As of this date, Plaintiff has yet to receive Defendant's responses to said discovery requests.

4.      Without receipt of the requested discovery from Defendant, Plaintiff is unable to comply with all the requirements of F.R.C.P. 26(a)(2) by March 31, 2005.  Specifically, Plaintiff is unable to produce a liability expert report without review of documents in possession of the Defendant related to this accident and the subject matter of this accident.

5.      Given the above circumstances, the parties respectfully request a 60 days extension to complete the deposition of the Plaintiff, and for the Plaintiff to disclose any experts pursuant to F.R.C.P. 26(a)(2)

WHEREFORE, the parties hereby request that the Scheduling Order of August 30, 2004 be amended as follows:

(c)     The Defendant shall complete any deposition of the Plaintiff by May 31, 2005.

(e)     The Plaintiff shall disclose any experts, pursuant to F.R.C.P. 26(a)(2), by May 31, 2005.

(f)     The Defendants shall disclose any experts pursuant to F.R.C.P. 26(a)(2), by June 30, 2005.

This Joint Motion will not affect any of the other deadlines contained in the Court's Scheduling Order dated August 30, 2004.


_____
Rudolph V. De George, II, Esquire
Attorney for Plaintiff
David Pearson
Barish Law Offices, P.C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

_____
Paul J. Sahovey, Esquire
Attorney for Defendant
Massachusetts Bay Transportation
Authority
Law Department
Ten Park Plaza
Boston, MA 02116
(617) 222-3189
BBO #437900


Dated: _____, 2005

# EXHIBIT D

RECEIVED APR 0 7 2005

**Orders on Motions**

<u>1:04-cv-10548-JGD Pearson v. National Railway Passenger Corporation et al</u>

**United States District Court**

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Dambrosio, Jolyne entered on 4/4/2005 at 10:25 AM EDT and filed on 4/4/2005

**Case Name:**        Pearson v. National Railway Passenger Corporation et al

**Case Number:**      <u>1:04-cv-10548</u>

**Filer:**

**Document Number:**

**Docket Text:**

Judge Judith G. Dein : Electronic ORDER entered granting [14] Joint Motion for 60 Day Extension of Certain Deadlines. (Dambrosio, Jolyne)

The following document(s) are associated with this transaction:

**1:04-cv-10548 Notice will be electronically mailed to:**

Ronald M. Davids    rdavids@davids-schlesinger.com

Rudolph V. DeGeorge , II    rdegeorge1@msn.com

**1:04-cv-10548 Notice will not be electronically mailed to:**

Samuel J. Rosenthal
Barish Law Offices, P.C.
Three Parkway
13th Floor
Philadelphia, PA 19102

Paul J. Sahovey
MBTA Law Department
Ten Park Plaza
Transportation Building
Boston, MA 02116

# EXHIBIT E

## BARISH LAW OFFICES, P.C.
### COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY



_Diary_

**VIA FAX: (617) 222-3194 & REGULAR MAIL**

April 1, 2005

Paul J. Sahovey, Esquire
c/o Massachusetts Bay Transportation Authority
Law Department
Ten Park Plaza
Boston, MA 02116

    Re:   **Pearson v. MBTA, et al**

Dear Mr. Sahovey:

    Enclosed herewith please find Plaintiff's Notice of Inspection and Supplemental Request for Production of Documents with respect to the above-entitled matter.

        Very truly yours,

        BARISH LAW OFFICES, P.C.

        RUDOLPH V. DE GEORGE, II

RVD:dje

Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID PEARSON                              :
                                           :
                          Plaintiff        :    Case Number: 04-10548-JGD
                                           :
            v.                             :
                                           :
NATIONAL RAILROAD PASSENGER :
CORP d/b/a and a/k/a AMTRAK                :
                                           :
            and                            :
                                           :
MASSACHUSETTS BAY                          :
TRANSPORTATION AUTHORITY                   :
a/k/a MBTA                                 :
                          Defendants       :

## SUPPLEMENTAL REQUEST FOR
## PRODUCTION OF DOCUMENTS

The Plaintiff, David Pearson, in the above-entitled action, requests that the

Defendant's attorney produce all documents and things set forth below which are

in their possession, custody or control for inspection and/or copying.

The said documents and things are to be produced at the offices of the

attorney for the Plaintiff: Barish Law Offices, P.C., Three Parkway, Suite 1320,

1601 Cherry Street, Philadelphia, PA 19102.

1.    Copies of any and all inspection, repair and maintenance records for

the tracks, trackbed and switches at the interlocking near Forest Hills where

Plaintiff's accident occurred for a period of three years prior to July 9, 2002 until

the present, including but not limited to, FRA required inspections.

2.      Copies of any and all inspection, repair and maintenance records for Car 741 for a period of three years prior to July 9, 2002 until the present, including but not limited to, FRA required inspections.

Rudolph V. De George, II, Esquire
Attorney for Plaintiff David Pearson
BARISH LAW OFFICES, P.C.
Three Parkway - Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PEARSON | : |
| | : |
| Plaintiff | :   Case Number: 04-10548-JGD |
| v. | : |
| | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORP d/b/a and a/k/a AMTRAK | : |
| | : |
|    and | : |
| | : |
| MASSACHUSETTS BAY | : |
| TRANSPORTATION AUTHORITY | : |
| a/k/a MBTA | : |
| Defendants | : |

## NOTICE OF INSPECTION

To:   Paul J. Sahovey, Esquire
     c/o Massachusetts Bay Transportation Authority
     Law Department
     Ten Park Plaza
     Boston, MA 02116

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, the Defendant, Massachusetts Bay Transportation Authority is required to permit Plaintiff's attorneys, Barish Law Offices, P.C., or someone acting on their behalf, to enter upon Defendant's premises to examine, inspect and photograph Kawasaki Car 741, the site of the accident which is the subject of this litigation.

Rudolph V. De George, II, Esquire
Attorney for Plaintiff David Pearson
BARISH LAW OFFICES, P.C.
Three Parkway - Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900