UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID PEARSON                                       :        Case Number: 04-10548-JGD
                                                    :
              Plaintiff                             :
                                                    :
     v.                                             :
                                                    :
NATIONAL RAILROAD PASSENGER                         :
CORPORATION d/b/a and a/k/a AMTRAK                  :
                                                    :
     and                                            :
                                                    :
MASSACHUSETTS BAY                                   :
TRANSPORTATION AUTHORITY                            :
a/k/a MBTA                                          :
              Defendants                            :

### JOINT MOTION TO FURTHER EXTEND CERTAIN DEADLINES OF THE AUGUST 30, 2004 SCHEDULING ORDER

NOW COME THE PARTIES in the above-entitled matter and respectfully request This Honorable Court further extend certain deadlines of the Scheduling Order dated August 30, 2004 for the following reasons:

1. On August 30, 2004, the Court issued a Scheduling Order requiring, inter alia, that the Defendant complete any deposition of the Plaintiff by December 31, 2004, and that the Plaintiff disclose any experts pursuant to F.R.C.P. 26(a)(2) by March 31, 2005.

2. On April 4, 2005, this Court granted a Joint Motion to Extend Certain Deadlines of the August 30, 2004 Scheduling Order by sixty (60) days.

3. Plaintiff served Interrogatories and Request for Production of Documents upon Defendant on September 3, 2004. As of this date, Plaintiff has yet to receive Defendant's responses to said discovery requests.

4. Without receipt of the requested discovery from Defendant, Plaintiff is unable to

comply with all the requirements of F.R.C.P. 26(a)(2) by the new deadline of May 30, 2005. Specifically, Plaintiff is unable to produce a liability expert report without review of documents in possession of the Defendant related to this accident and the subject matter of this accident.

5. As a result, Plaintiff filed a Motion to Compel Defendant's Answers to Interrogatories and Request for Production of Documents and Motion to Extend Certain Deadlines of the April 4, 2005 Scheduling Order. This Motion was filed on May 30, 2005, and scheduled for a hearing by the Court on June 16, 2005 at 11:30 a.m. Due to defense counsel's unavailability, the hearing was rescheduled for June 29, 2005 at 10:30 a.m.

6. On June 27, 2005, counsel for Defendant contacted Plaintiff's counsel, indicating that Defendant will be able to comply with Plaintiff's discovery requests on or before July 11, 2005. Counsel has agreed that if Defendant has not provided responses to Plaintiff's discovery requests by July 11, 2005, a hearing should be scheduled for July 18, 2005 or on a date consistent with the Court's calendar.

7. Given the above circumstances, the parties respectfully request an extension of all deadlines stated in the Court's Order of April 4, 2005.

WHEREFORE, the parties hereby request that the Scheduling Order of April 4, 2005 be amended as follows:

(c) The Defendant shall complete any deposition of the Plaintiff by July 30, 2005.

(e) The Plaintiff shall disclose any experts, pursuant to F.R.C.P. 26(a)(2), by August 30, 2005.

(f) The Defendants shall disclose any experts pursuant to F.R.C.P. 26(a)(2), by September 30, 2005.

(g) The parties shall complete all expert depositions by October 30, 2005.

(h) The parties shall complete all discovery by November 30, 2005.

(i) The parties shall file all dispositive motions by December 31, 2005.

_____
Rudolph V. DeGeorge, II, Esquire
Attorney for Plaintiff,
David Pearson
Barish Law Offices, P.C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

_____
Paul J. Sahovey, Esquire
Attorney for Defendant,
Massachusetts Bay Transportation Authority
Law Department
Ten Park Plaza
Boston, MA 02116
(617) 222-3189
BBO #437900

Dated: __July 1__, 2005