UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID PEARSON : Case Number: 04-10548-JGD
:
Plaintiff :
:
v. :
:
NATIONAL RAILROAD PASSENGER :
CORPORATION d/b/a and a/k/a AMTRAK :
:
and :
:
MASSACHUSETTS BAY :
TRANSPORTATION AUTHORITY :
a/k/a MBTA :
Defendants :

## JOINT MOTION TO FURTHER EXTEND CERTAIN DEADLINES OF THE AUGUST 30, 2004 SCHEDULING ORDER

NOW COME THE PARTIES in the above-entitled matter and respectfully request This Honorable Court further extend certain deadlines of the Scheduling Order dated August 30, 2004 for the following reasons:

1. On August 30, 2004, the Court issued a Scheduling Order requiring, inter alia, that the Defendant complete any deposition of the Plaintiff by December 31, 2004, and that the Plaintiff disclose any experts pursuant to F.R.C.P. 26(a)(2) by March 31, 2005.

2. On April 4, 2005, this Court granted a Joint Motion to Extend Certain Deadlines of the August 30, 2004 Scheduling Order by sixty (60) days.

3. Plaintiff served Interrogatories and Request for Production of Documents upon Defendant on September 3, 2004. Plaintiff received Defendant's responses to said discovery requests on or about July 13, 2005.

4. Given the above circumstances, the parties respectfully request an extension of all

deadlines stated in the Court's Order of April 4, 2005.

WHEREFORE, the parties hereby request that the Scheduling Order of April 4, 2005 be amended as follows:

(c) The Defendant shall complete any deposition of the Plaintiff by September 30, 2005.

(e) The Plaintiff shall disclose any experts, pursuant to F.R.C.P. 26(a)(2), by October 14, 2005.

(f) The Defendants shall disclose any experts pursuant to F.R.C.P. 26(a)(2), by November 14, 2005.

(g) The parties shall complete all expert depositions by December 14, 2005.

(h) The parties shall complete all discovery by December 31, 2005.

(i) The parties shall file all dispositive motions by January 15, 2006.

_____
Rudolph V. DeGeorge, II, Esquire
Attorney for Plaintiff,
David Pearson
Barish Law Offices, P.C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

_____
Paul J. Sahovey, Esquire
Attorney for Defendant,
Massachusetts Bay Transportation Authority
Law Department
Ten Park Plaza
Boston, MA 02116
(617) 222-3189
BBO #437900

Dated: _August 10_, 2005