UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID PEARSON, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION |
| v. | ) | NO. 04-10548-JGD |
| | ) | |
| NATIONAL RAILROAD | ) | |
| PASSENGER CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **SCHEDULING ORDER**

The Joint Motion to extend certain deadlines (Docket No. 17) is ALLOWED. The Court adopts the deadlines set forth in the parties' proposed "Scheduling Order" and ORDERS as follows:

1. As agreed, the following schedule shall be entered:

    a. The Defendant shall complete any deposition of the Plaintiff **by September 30, 2005.**

    b. The Plaintiff shall disclose any experts, pursuant to Fed. R. Civ. P. 26(a)(2), by **October 14, 2005.**

    c. The Defendants shall disclose any experts, pursuant to Fed. R. Civ. P. 26(a)(2), by **November 14, 2005.**

    d. The parties shall complete all expert depositions by **December 14, 2005.**

    e. The parties shall complete all discovery by **December 31, 2005.**

    f. The parties shall file all dispositive motions by **January 15, 2006.**

    2.    The court shall grant no extensions to the dates designated above without good cause shown.

                                      / Judith Gail Dein
                                      Judith Gail Dein
DATED: August 11, 2005                   United States Magistrate Judge