UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PEARSON | Case Number: 04-10548-JGD |
| Plaintiff | |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a and a/k/a AMTRAK | |
| and | |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY a/k/a MBTA | |
| Defendants | |

## PLAINTIFF'S MOTION TO FURTHER EXTEND CERTAIN DEADLINES OF THE AUGUST 11, 2005 SCHEDULING ORDER

NOW COME THE PLAINTIFF in the above-entitled matter and respectfully request This Honorable Court further extend certain deadlines of the Scheduling Order dated August 11, 2005 for the following reasons:

1. On August 30, 2004, the Court issued a Scheduling Order requiring, inter alia, that the Defendant complete any deposition of the Plaintiff by December 31, 2004, and that the Plaintiff disclose any experts pursuant to F.R.C.P. 26(a)(2) by March 31, 2005.

2. On April 4, 2005, this Court granted a Joint Motion to Extend Certain Deadlines of the August 30, 2004 Scheduling Order by sixty (60) days.

3. On August 11, 2005, this Court granted a Joint Motion to Extend Certain Deadlines of the April 4, 2005 Scheduling Order. As a result, the Court ordered that the parties shall complete all discovery by December 31, 2005, and shall file all dispositive motions by January 15, 2006.

4. The deposition of the Plaintiff and a representative of Defendant, Michael Webber,

were deposed on September 14-15, 2005. Thereafter, based on information obtained at the depositions, Plaintiff requested additional discovery from the Defendant and the scheduling of additional depositions.

5. Despite numerous attempts to schedule the deposition of Defendant's Division Engineer, Defendant has not responded to Plaintiff's request for his/her deposition.

6. Given the above circumstances, Plaintiff respectfully requests an extension of the discovery and dispositive motion deadline of thirty (30) days so that Plaintiff can conduct addition depositions.

7. A medication conference is scheduled for February 2, 2005. An extension of the subject deadlines will not cause an adjournment of said conference.

WHEREFORE, the Plaintiff hereby request that the Scheduling Order of April 4, 2005 be amended so that the deadline for discovery is extended to January 30, 2006 and the filing of all dispositive motions is extended to as February 14, 2006.

Rudolph V. DeGeorge, II, Esquire
Attorney for Plaintiff, David Pearson
Barish ♦ Rosenthal
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

Dated: December 28, 2005