UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID PEARSON, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION |
| v. | ) | NO. 04-10548-JGD |
| | ) | |
| NATIONAL RAILROAD | ) | |
| PASSENGER CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on March 6, 2006 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

SARAH THORNTON
CLERK OF COURT

/ s / Jolyne D'Ambrosio
By: Deputy Clerk

DATED: March 6, 2006